1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Paul Vandonzel

8

9                       UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

11

| | |
|---|---|
| PAUL VANDONZEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:17-cv-01819-LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between plaintiff Paul Vandonzel and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.) ("Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: November 21, 2017        **Sagaria Law, P.C.**

By: _/s/ Elliot W. Gale_
       Elliot W. Gale
Attorneys for Plaintiff
Paul Vandonzel

DATED: November 21, 2017        **Covington and Burling LLP**

By: _/s/Andrew Soukup_
       Andrew Soukup
Attorneys for Defendant
Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Andrew Soukup has concurred in this filing.
_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 22, 2017

LUCY H. KOH
UNITED STATES DISTRICT JUDGE