Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Paul Vandonzel

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VANDONZEL,<br><br>            Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No.: 5:17-cv-01819-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** plaintiff Paul Vandonzel and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Experian Information Solutions, Inc. from this action upon finalization.

                **Sagaria Law, P.C.**

Dated:   November 28, 2017        By:     /s/ *Elliot Gale*
                   Elliot Gale
                   Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -1-

**Jones Day**

Dated: November 28, 2017           By:    /s/ *Celia M. Jackson*
                                          Celia M. Jackson
                                          Attorneys for Defendant
                                          Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*